# MEMORANDUM DECISIONS

---

AMERICAN BONDING CO. OF BALTIMORE et al. v. SIMPLEX ELECTRICAL CO. et al. (Circuit Court of Appeals, Ninth Circuit. April 15, 1915.) No. 2566. Error to the District Court of the United States for the Second Division of the Northern District of California. Lilienthal, McKinstry & Raymond, Denson, Cooley & Denson, A. C. Skaife, W. H. Chapman, and A. J. Treat, all of San Francisco, Cal., for plaintiffs in error. Willard P. Smith and B. B. Blake, both of San Francisco, Cal., for defendant in error Simplex Electric Co. Walter D. Mansfield and Milton Newmark, both of

San Francisco, Cal., for defendant in error Crane Co. Henry G. W. Dinkelspiel and J. M. Thomas, both of San Francisco, Cal., for defendant in error H. W. Johns-Manville Co.

PER CURIAM. Pursuant to stipulation .filed April 15, 1915, cause entered dismissed by the clerk · under the provisions of rule 20, without ·costs to any of the parties.